UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KRISTAL EDWARDS,      )<br>                             )<br>     Plaintiff,            )<br>                             )<br>     v.                      )<br>                             )<br>MICHAEL J. ASTRUE,  )<br>COMMISSIONER OF SOCIAL  )<br>SECURITY,                )<br>                             )<br>     Defendant.          )   | CAUSE NO. 1:06-CV-1081-SEB-JMS |

---

**ORDER**

---

This cause is before the Court on the defendant's Joint Stipulation for Remand. The Court, being duly advised, now GRANTS the stipulation.

It is hereby ordered that, pursuant to the fourth sentence of 42 U.S.C. § 405(g), the case is remanded to the Commissioner for further administrative proceedings, as set forth in the Joint Stipulation for Remand.

IT IS SO ORDERED  __04/17/2007__

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Thomas E. Kieper
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204

Thomas E. Hamer
2101 E. 8th Street
Anderson, IN 46012