UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KRISTAL EDWARDS, ) | |
| ) | |
| Plaintiff, ) | CAUSE NO. 1:06-CV-1081-SEB-JMS |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

---

## JUDGMENT
---

Pursuant to the fourth sentence of 42 U.S.C. § 405(g), the case is remanded to the

Commissioner for further administrative proceedings

Date:  04/17/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Thomas E. Kieper
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204

Thomas E. Hamer
2101 E. 8th Street
Anderson, IN 46012